AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION, a Delaware corporation,

Plaintiff

v.

JDS UNIPHASE CORPORATION, a Delaware corporation,

Defendant

Civil Action No. C 08 03388 HRL

E-FILING

ADR

**Summons in a Civil Action**

To: JDS UNIPHASE CORPORATION

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ian N. Feinberg
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 4 2008

Tiffany Salinas-Harwell

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*