ORIGINAL

| | |
|---|---|
| 1  Ian N. Feinberg (SBN 88324)<br>    ifeinberg@mayerbrown.com<br>2  Joseph Melnik (SBN 255601)<br>    jmelnik@mayerbrown.com<br>3  MAYER BROWN LLP<br>    Two Palo Alto Square, Suite 300<br>4  3000 El Camino Real<br>    Palo Alto, CA  94306-2112<br>5  Telephone:    (650) 331-2000<br>    Facsimile:    (650) 331-2060<br>6  *Attorneys for Finisar Corporation*<br><br>7  Charles L. Roberts<br>    croberts@wnlaw.com<br>8  C.J. Veverka<br>    cveverka@wnlaw.com<br>9  David R. Todd<br>    dtodd@wnlaw.com<br>10 WORKMAN \| NYDEGGER A PROFESSIONAL CORPORATION<br>    60 East South Temple, Suite 1000<br>11 Salt Lake City, Utah 84111<br>    Telephone:    (801) 533-9800<br>12 Facsimile:    (801) 328-1707<br>    *Of Counsel* | **FILED**<br><br>2008 JUL 14   P 3: 40<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J.<br><br>ADR<br><br>E-FILING |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 03388 HRL

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation,<br><br>Defendants | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Finisar Corporation and its shareholders

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

PADB01 44048397.1 14-Jul-08 12:39

1   Finisar Corporation is a public company with numerous shareholders.

2   Dated: July 14, 2008                      By: /s/ Ian N. Feinberg

3   Ian N. Feinberg
    Joseph Melnik
4   MAYER, BROWN, ROWE & MAW LLP
    *Attorneys for Plaintiff*
5   *FINISAR CORPORATION*

6
    Charles L. Roberts
7   C.J. Veverka
    David R. Todd
8   WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
    *Of Counsel*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

PADB01 44048397.1 14-Jul-08 12:39