1  KURT E. WILSON, ESQ. (121163)
   BRAD D. BOSOMWORTH, ESQ. (132985)
2  **SWEENEY, MASON, WILSON & BOSOMWORTH**
   A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA  95032-7637
4  Telephone:  (408) 356-3000
   Facsimile:  (408) 354-8839
5

6  Attorneys for Defendant
   JDS Uniphase Corporation
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 FINISAR CORPORATION, a                CASE NO.  C 08-03388 HRL
   Delaware Corporation,
11                                       **CONSENT TO PROCEED BEFORE A
            Plaintiff,                   UNITED STATES MAGISTRATE
12                                       JUDGE**
   v.
13
   JDS UNIPHASE CORPORATION, a
14 Delaware Corporation,

15          Defendants.

16

17      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

18 JUDGE:

19      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

20 undersigned party hereby voluntarily consents to have a United States Magistrate Judge

21 conduct any and all further proceedings in the case, including trial, and order the entry of

22 a final judgment.  Appeal from the judgment shall be taken directly to the United States

23 Court of Appeals for the Ninth Circuit.

24 Dated: August 4, 2008                  **SWEENEY, MASON, WILSON
                                          & BOSOMWORTH**
25

26                                       By:_____/s/_____
                                             KURT E. WILSON, ESQ.,
27                                           Attorneys for Defendant

28

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**                    1