KURT E. WILSON, ESQ. (121163)
BRAD D. BOSOMWORTH, ESQ. (132985)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839

Attorneys for Defendant
JDS Uniphase Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO. C 08-03388 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. JDS Uniphase Corporation's shareholders. JDS Uniphase Corporation is a public company with numerous shareholders.

Dated: August 4, 2008            **SWEENEY, MASON, WILSON**
                                 **& BOSOMWORTH**

                                 By:     /s/
                                     KURT E. WILSON, ESQ.,
                                     Attorneys for Defendant

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**                                1