ORIGINAL

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION, a Delaware corporation,

              Plaintiff
              v.

JDS UNIPHASE CORPORATION, a Delaware corporation,

              Defendant

ADR

E-FILING

Civil Action No. C08 03388 HRL

## Summons in a Civil Action

To: JDS UNIPHASE CORPORATION

*(Defendant's name)*

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ian N. Feinberg
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 1 4 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>MAYER * BROWN LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>*Telephone No:* (650) 331-2000   *FAX No:* (650) 331-2060<br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT- SAN JOSE BRANCH

*Plaintiff:* FINISAR CORPORATION
*Defendant:* JDS UNIPHASE CORPORATION

| PROOF OF SERVICE<br>UNITED STATES DISTRICT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 03388 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS CIVIL CASE COVER SHEET; USDC NORTHERN DISTRICT-CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT; USDC-WELCOME TO USDC NORTHERN DISTRICT (PACKET); ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. *Party served:* JDS UNIPHASE CORPORATION, a Delaware corporation (Attn: CT CORPORATION SYSTEM, AGENT FOR SYSTEM)
   b. *Person served:* MARGARET WILSON, AUTHORIZED AGENT

4. *Address where the party was served:* 818 West Seventh Street, LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 15, 2008 (2) at: 10:55AM

7. *Person Who Served Papers:*
   a. BRUCE ANDERSON
   b. SWIFT ATTORNEY SERVICE
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $148.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 3991
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 15, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
UNITED STATES DISTRICT

(BRUCE ANDERSON)

mayer.25486