# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION,

                Plaintiff(s),

          v.

JDS UNIPHASE CORPORATION,

                Defendant(s).

_____/

Case No.  C 08-03388 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _8/26/08_

Dated: _8/27/08_

[Party] Jeremiah Chen, esq.
For Defendant

[Counsel] For Defendant
Kurt Wilson, esq.

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05