UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware Corporation,<br><br>Defendant(s). | No. C 08-03388 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Aug 28, 2008                     Signature _____

Counsel for  Plaintiff
(Plaintiff, Defendant, or indicate "pro se")