United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Finisar Corporation, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JDS Uniphase Corporation, a Delaware corporation,<br><br>    Defendant.<br>_____ / | No. C08-03388<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 4, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: September 3, 2008                            RICHARD W. WIEKING,
                                                                              United States District Court

                                                                         */s/ Patty Cromwell*
                                                                        By: Patty Cromwell
                                                                        Courtroom Deputy Clerk to
                                                                        Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3

4
   Ian N. Feinberg     ifeinberg@mayerbrown.com, cpohorski@mayerbrownrowe.com,
5  ericevans@mayerbrownrowe.com

6  Kurt Edward Wilson     kwilson@smwb.com

7  W. Joseph Melnik     jmelnik@mayerbrown.com, jfitzgerald@mayerbrown.com,
   jwilkinson@mayerbrown.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California