## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney** was served this 3rd day of September, 2008, by electronic mail on the following counsel of record:

Kurt E. Wilson
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032
*Counsel for Defendant JDS Uniphase*

Dated: September 3, 2008                         _____
                                                                       Sharon Sotelo