IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JDS UNIPHASE CORPORATION,<br><br>    Defendant<br>_____ / | No. C-08-3388 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On October 14, 2008, counsel for plaintiff electronically filed three documents: (1) "Joint Case Management Statement"; (2) "Stipulated Protective Order"; and (3) "Stipulation and [Proposed] Order Allowing Plaintiff to Amend Complaint." The parties have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. The parties are hereby advised that if they fail in the future to comply with

General Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 21, 2008

_____
MAXINE M. CHESNEY
United States District Judge