Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrown.com
Joseph Melnik (SBN 255601)
jmelnik@mayerbrown.com
Jack Fitzgerald (admitted *pro hac vice*)
jfitzgerald@mayerbrown.com
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Charles L. Roberts (admitted *pro hac vice*)
croberts@wnlaw.com
C.J. Veverka (admitted *pro hac vice*)
cveverka@wnlaw.com
David R. Todd (admitted *pro hac vice*)
dtodd@wnlaw.com
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff, Finisar Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation, | Civil Action No. C 08-03388 MMC<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND COMPLAINT ; SETTING DEADLINE TO FILE FIRST AMENDED COMPLAINT |

## Grounds for Stipulation

Plaintiff Finisar Corporation ("Finisar"), pursuant to the provisions of Fed. R. Civ. Proc. 15(a)(2), desires to amend its complaint. Defendant JDS Uniphase Corporation has stipulated to the amendment. A copy of Finisar's First Amended Complaint is submitted herewith as Exhibit A. The proposed amendments are relatively minor and consist of:

1)  A clarification to Finisar's Sixth Cause of Action (and a corresponding amend-

ment to the prayer for relief) to specify that Finisar's request that JDSU be precluded by the terms of section 4.2 of the November 2003 Agreement from terminating the license granted under section 2.2 of the November 2003 Agreement is limited to any failure on Finisar's part to pay royalties under the November 2003 Agreement; and

    2)    Elimination of Finisar's claim for attorneys' fees.

This amendment is being sought in response to the parties' discussions to reduce issues in this case and to avoid unnecessary motion practice. As such, Defendant JDS Uniphase Corporation stipulates to this motion. Finisar submits that this amendment will have no effect on the proposed schedule submitted by the parties in their proposed Case Management Statement.

October 9, 2008

WORKMAN NYDEGGER

By: /s/ Charles L. Roberts
Charles L. Roberts
Attorneys for Plaintiff
FINISAR CORPORATION

October 13, 2008

SWEENEY, MASON, WILSON &
BOSOMWORTH, PC

By: _____
Kurt E. Wilson
Attorney for Defendant
JDS UNIPHASE CORP.

[proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

Plaintiff shall file its First Amended Complaint no later than October 27, 2008.

Dated: October 22, 2008

Hon. Maxine M. Chesney
U.S. District Judge

-2-
STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO AMEND COMPLAINT
CASE NO. C08-03388 MMC