# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION, a Delaware corporation,<br><br>Defendants | Case No. C 08-03388<br><br>[PROPOSED]<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Larry R. Laycock, an active member in good standing of the bar of the State of Utah, whose business address and telephone number is:

Workman Nydegger
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Ph: (801) 533-9800
Fax: (801) 328-1707

having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis representing Finisar Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated: October 31, 2008

_____
United States District Judge