IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION,

    Plaintiff,

  v.

JDS UNIPHASE CORPORATION,

    Defendant

No. C 08-3388 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL**

Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Further Responses to Defendant's Interrogatory Nos. 24 and 25," filed January 30, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The March 6, 2009 hearing scheduled before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: February 2, 2009

                         MAXINE M. CHESNEY
                         United States District Judge