```
 1  Ian N. Feinberg (SBN 88324)
    ifeinberg@mayerbrown.com
 2  Joseph Melnik (SBN 255601)
    jmelnik@mayerbrown.com
 3  Jack Fitzgerald (admitted pro hac vice)
    jfitzgerald@mayerbrown.com
 4  MAYER, BROWN, ROWE & MAW LLP
    Two Palo Alto Square, Suite 300
 5  3000 El Camino Real
    Palo Alto, CA  94306-2112
 6  Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2060
 7
    Charles L. Roberts (admitted pro hac vice)
 8  croberts@wnlaw.com
    C.J. Veverka (admitted pro hac vice)
 9  cveverka@wnlaw.com
    David R. Todd (admitted pro hac vice)
10  dtodd@wnlaw.com
    WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
11  60 East South Temple, Suite 1000
    Salt Lake City, Utah 84111
12  Telephone:    (801) 533-9800
    Facsimile:    (801) 328-1707
13
    Attorneys for Plaintiff, Finisar Corporation
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FINISAR CORPORATION, a Delaware corporation, | Civil Action No. C 08-03388 MMC |
|---|---|
| Plaintiff, | **JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND TO CHANGE HEARING DATE AND [PROPOSED] ORDER** |
| v. | |
| JDS UNIPHASE CORPORATION, a Delaware corporation, | |

On February 17, 2009, this Court issued an "Order Affording Parties Opportunity to File Supplemental Briefs Re: Subject Matter Jurisdiction; Continuing Hearing on Defendant's Motion For Summary Judgment," which established a briefing schedule for supplemental briefing on the issue of subject matter jurisdiction and continued the hearing on JDSU's summary judgment motion to April 3, 2009. By this motion, Plaintiff Finisar Corporation ("Finisar") and defendant

JDS Uniphase Corporation ("JDSU"), jointly move the Court for an order modifying the briefing schedule and the hearing date as follows:

| Action | Original Deadline | Proposed New Deadline |
|---|---|---|
| Finisar's Supplemental Submission | March 6, 2009 | March 3, 2009 |
| JDSU's Supplemental Reply | March 20, 2009 | March 13, 2009 |
| Hearing | April 3, 2009 | March 27, 2009 |

As with the original schedule, the proposed new schedule provides the Court with two full weeks between the receipt of JDSU's Supplemental Reply prior and the hearing on JDSU's motion.

This motion is made at the request of Finisar's lead counsel who has a conflict due to an appellate argument in another case on April 3, 2009.

Respectfully submitted,

February 19, 2009                        WORKMAN NYDEGGER


By:     /s/ Charles L. Roberts
Charles L. Roberts
Attorneys for Plaintiff
FINISAR CORPORATION


February 19, 2009                        SWEENEY, MASON, WILSON &
                                         BOSOMWORTH, PC



By:_____
Kurt E. Wilson
Attorney for Defendant
JDS UNIPHASE CORP.


[proposed] **ORDER**

PURSUANT TO JOINT MOTION, IT IS SO ORDERED.
Dated:  February 20, 2009



Hon. Maxine M. Chesney
U.S. District Judge

-2-
JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND TO CHANGE HEARING DATE
CASE NO. C08-03388 MMC