IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, | No. C-08-3388 MMC |
| Plaintiff, | **ORDER VACATING MARCH 27, 2009 HEARING** |
| v. | |
| JDS UNIPHASE CORPORATION, | |
| Defendant | |

Before the Court is defendant JDS Uniphase Corporation's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, filed December 16, 2008. Plaintiff Finisar Corporation has filed opposition, to which JDSU replied. The Court, after considering the above-referenced submissions, directed the parties to file supplemental briefs with respect to subject matter jurisdiction, and the parties thereafter filed supplemental briefing. Having and read considered the parties' respective submissions, the Court finds the matter suitable for decision on the papers submitted and VACATES the hearing scheduled for March 27, 2009.

**IT IS SO ORDERED.**

Dated: March 24, 2009

MAXINE M. CHESNEY
United States District Judge