IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION,

        Plaintiff,

  v.

JDS UNIPHASE CORPORATION,

        Defendant.
                                        /

No. CV-08-3388 MMC

**JUDGMENT IN A CIVIL CASE**

      **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the Court lacks subject matter jurisdiction over the instant action, and, accordingly, the First Amended Complaint is hereby DISMISSED without prejudice.

Dated: March 26, 2009

                                                        Richard W. Wieking, Clerk

                                                        By: Tracy Lucero
                                                        Deputy Clerk